IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARQUIS HARRINGTON,<br><br>               Defendant. | **8:13CR18**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue (filing 36) is granted.

2. Defendant Marquis Harrington's sentencing is continued to January 30, 2014, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of January, 2014.

                                          BY THE COURT:

                                          John M. Gerrard
                                          United States District Judge