IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-18 |
| vs. | |
| MARQUIS HARRINGTON, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Extension of Time to Report for Service of Sentence (filing 47) and Motion to Amend Judgment to Recommend Participation in Work Release (filing 49). Both motions are unopposed by the United States. For good cause shown, the Court will grant both motions.[1] Accordingly,

IT IS ORDERED:

1. The defendant's motions (filing 47 and 49) are granted.

2. The defendant's commitment date to the Federal Bureau of Prisons is hereby continued to April 9, 2014, at or before 1:00 p.m.

3. The Court recommends to the Bureau of Prisons that the defendant be allowed to engage in self-employment while on work release.

4. Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

---

[1] However, the time for issuing an amended judgment has passed. *See* Fed. R. Crim. P. 35. Nor does this matter concern a clerical error or oversight. Fed. R. Crim. P. 36. So, instead of amending the judgment, the Court will grant the requested relief by issuing this order.

5. If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 2 above, the Bureau of Prisons shall not select a date any earlier than April 9, 2014. And the United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

Dated this 6th day of March, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge